Form 1-1

**UNITED STATES COURT OF INTERNATIONAL TRADE**          **FORM  1**

| Netgear Inc. |
| --- |
| **Plaintiff,** |
| **v.** |
| **UNITED STATES,** |
| **Defendant.** |

**S U M M O N S**

**Court No.**  22-00129

**TO:**   The Attorney General and the Secretary of Homeland Security:

   **PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(a) to contest denial of the protest specified below (and the protests listed in the attached schedule).

**/s/ Mario Toscano**
Clerk of the Court

## PROTEST

| Port(s) of Entry: | 2720 (Los Angeles, CA) | Center (if known): | CEE007 - Electronics |
| --- | --- | --- | --- |
| Protest Number: | 2720-21-104183 | Date Protest Filed: | 09/29/2021 |
| Importer: | Netgear Inc. | Date Protest Denied: | 10/25/2021 |
| Category of Merchandise: | Routing Apparatus | | |

## ENTRIES INVOLVED IN ABOVE PROTEST

| Entry Number | Date of Entry | Date of Liquidation | Entry Number | Date of Entry | Date of Liquidation |
| --- | --- | --- | --- | --- | --- |
| 113-8841055-4 | 05/06/2020 | 04/02/2021 | | | |
| | | | | | |
| | | | | | |
| | | | | | |

Name, Address, Telephone Number
and E-mail Address of Plaintiff's Attorney

George R. Tuttle, III
Law Offices of George R. Tuttle
A Professional Corporation
3950 Civic Center Drive, Suite 310
San Rafael, CA 94903
(415) 986-8780 / geo@tuttlelaw.com

0183578.pdf

## CONTESTED ADMINISTRATIVE DECISION

| Appraised Value of Merchandise | | |
|---|---|---|
| | Statutory Basis | Statement of Value |
| Appraised: | Transaction value (19 USC 1401a(b) | $529,863.00 |
| Protest Claim: | Transaction Value (19 USC 1401a(b) | $261,491.00 |

| Classification, Rate or Amount | | | | |
|---|---|---|---|---|
| | Assessed | | Protest Claim | |
| Merchandise | Tariff Classification | Rate | Tariff Classification | Rate |
| LTE Router | 9903.88.04/ 8517.62.0020 | 25% Free | 1) 9903.88.04/ 8517.62.0020 <br> 2) 9802.00.50 | 25% Free <br> Free |
| LI-Battery Pack | 9903.88.04/ 8517.62.0020 | 25% Free | 8507.60.0020 | 3.4% |

| Other |
|---|
| State Specifically the Decision [as Described in 19 U.S.C. § 1514(a)] and the Protest Claim: |

| |
|---|
| The issue which was common to all such denied protests: <br> Whether the imported routers are entitled to a partial duty exemption under HTS 9802.00.50 as claimed, rather than under HTSUS 9903.88.04/8517.62.0020. |

Every denied protest included in this civil action was filed by the same above-named importer, or person authorized under 19 U.S.C. § 1514(c)(2). The category of merchandise specified above was involved in each entry of merchandise included in every such denied protest. The issue or issues stated above were common to all such denied protests. All such protests were filed and denied as prescribed by law. All liquidated duties, charges or exactions have been paid.

_____/s/George R. Tuttle, III_____
*Signature of Plaintiff's Attorney*

_____04/21/2022_____
*Date*